UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK PARKER,

    Plaintiff,

v.                                   Case No:  8:23-cv-758-JLB-UAM

CATCHES RESTAURANT, LLC,
TIMOTHY LOWE, MICHAEL
LOWE, SCOTT LOWE, JEFFREY
LOWE and CAPTAIN JACKS OF
TARPON, LLC,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 28), recommending that the Court grant the Joint Motion for Approval of Settlement (Doc. 22). No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

    Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made part of this Order for all purposes.

2. The Joint Motion for Approval of Settlement (Doc. 22) is **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to enter judgment in accordance with the Settlement Agreement (Doc. 22 at 8–23), to terminate any pending motions and deadlines, and to close this case.

**ORDERED** at Tampa, Florida on March 12, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE